**Order filed November 29, 2018**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00875-CV**
_____

**ANTHONY WELCH, Appellant**

**V.**

**WELLS FARGO BANK, Appellee**

---

**On Appeal from County Court at Law No. 5
Fort Bend County, Texas
Trial Court Cause No. 18-CCV-062327**

---

## O R D E R

Appellant's brief was due November 19, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 19, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM